# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESTER GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No: 3:24-cv-00447-DWD |
| | ) |
| WEXFORD HEALTH SOURCES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

NOW COME Defendants PRECISE SPECIALTIES CORPORATION and JAMES DAWSON (hereinafter "Dawson"), by and through their attorneys, BRIAN J. RIORDAN and CLAUSEN MILLER P.C., and Plaintiff, LESTER GREEN, by and through his attorneys, Sheila Winkler Genson of The Winkler Group LLC, and submit this Joint Status Report pursuant to Court Order (Doc. #30):

1. This matter was stayed due to Defendant being named as a Defendants in a handful of criminal matters.

2. Those matters are still pending.

3. Therefore, this matter should continue to be stayed with the parties to report in 60 days as to whether the stay would be maintained.

CLAUSEN MILLER P.C.

By: /s/ *Brian J. Riordan*
Brian J. Riordan (#6237969)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Tel: 312-855-1010
briordan@clausen.com
Attorneys for Defendant Precise Specialties
Corporation and James Dawson

1

By: _/s/ S.A. Genson_
Sheila Winkler Genson
Partner
The Winkler Group LLC
1300 E. Woodfield Road, Ste. 150
Schaumburg, IL 60173
847-466-5280
Attorneys for Plaintiff

11671461.1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, a non-attorney, certifies that on **May 16, 2025**, she electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to All Parties of Record.

/s/ *Patricia Kebr*
_____